UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RODNEY LINEBARGER,

       Plaintiff,                                    Case No.  2:11-CV-178

v.                                                  Hon. Gordon J. Quist

UNKNOWN SKYTTA, et al.,

       Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on Plaintiff on July 31, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 31, 2012, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion For Summary Judgment (docket no. 8) is **GRANTED**, and Plaintiff's complaint is **dismissed without prejudice** for failure to exhaust administrative remedies.

A separate judgment will issue.

This case is **concluded**.


Dated:  August 24, 2012                                          /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE